USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
WALTER GRANT, :
:
               Petitioner, :
: 18-CV-7720 (JPC)
    -v- :
: ORDER
PAUL M. GONYEA, :
:
               Respondent. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been notified that Petitioner died on January 12, 2020. Within two weeks of the filing of this Order, Respondent is hereby ordered to submit a letter of no more than three pages in length informing the Court of its position on whether Petitioner's death renders this case moot.

       SO ORDERED.

Dated: November 30, 2020
       New York, New York
                                                           JOHN P. CRONAN
                                                           United States District Judge